CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

SEP 0 4 2008

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KENNETH EUGENE SAMPLER,<br>*Defendant* | CRIMINAL NO. 6:07cr00031-1<br><br><u>ORDER</u><br><br>JUDGE NORMAN K. MOON |

In accordance with the accompanying Memorandum Opinion, it is hereby ORDERED that Defendant's Motion to Dismiss for Delay in Prosecution (docket no. 197) is DENIED.

The Clerk of the Court is hereby directed to send a certified copy of this Order and the accompanying Memorandum Opinion to all counsel of record.

ENTERED: This 4th day of September, 2008

/s/ Norman K. Moon
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE