# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| UNITED STATES OF AMERICA | ) | Criminal Action No. 6:07-cr-00031-1 |
|---|---|---|
| | ) | |
| v. | ) | **§ 2255 ORDER** |
| | ) | |
| KENNETH EUGENE SAMPLER | ) | By: Norman K. Moon |
| | ) | United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED**

that Sampler is **DENIED** leave to amend; the United States' motion to dismiss (docket no. 326) is **GRANTED**; Sampler's motion (docket no. 315) to vacate, set aside, or correct sentence, pursuant to 28 U.S.C. § 2255, is **DISMISSED**; and the action is **STRICKEN** from the active docket of the court.

Further finding that Sampler has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c)(1), a Certificate of Appealability is **DENIED**.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the Sampler and counsel of record for the United States.

**ENTER**: This ___2nd___ day of June, 2011.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE